# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Garth Jonathan Ridge
Attorney at Law
251 Florida St., Suite 301
Baton Rouge LA 70801

Derinda R. Landry
Pro Se
16054 North Gallaugher Rd.
Jennings LA 70546

Judgment on rehearing rendered and mailed to all parties or counsel of record on March 25, 2026

**REHEARING ACTION: March 25, 2026**

**Docket Number: 25   00253-CA**

**DEUTSCHE BANK NATIONAL TRUST COMPANY,
AS TRUSTEE FOR ARGENT SECURITIES INC., ASSET-BACKED
PASS-THROUGH CERTIFICATES, SERIES 2004-W10
VERSUS
DERINDA R. LANDRY**

**Appealed from Jefferson Davis Parish Case No. C-102-12**

**<u>BEFORE JUDGES</u>:**

> Hon. Shannon J. Gremillion
> Hon. Candyce G. Perret
> Hon. Jonathan W. Perry

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Derinda R. Landry** has this day been

**DENIED.**

cc: Peyton C. Lambert, Counsel for the Appellee